JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT

January 16, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___T. Gomez___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUBEN HERRERA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SAN FERNANDO SUPERIOR COURT, et al.,<br><br>　　　　Respondents. | Case No. CV 15-00253 CJC (AN)<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: January 16, 2015

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE